# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA
### SIXTH DIVISION

**Selena Scott**                                    Case File 12-CV-1014 MJD/LIB

and

**Marlene Sprouls,**

    Plaintiffs,

vs.

**City of Mahnomen**

and

**Jerry Carrier,**
in his individual capacity
acting under color of law as
City of Mahnomen City Administrator,

    Defendants.

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Frank Bibeau, shall appear as co-counsel of record for Plaintiffs Selena Scott and Marlene Sprouls in this case.

Dated: April 12, 2013

Frank Bibeau (MN# 0306460)
51124 County Road 118
Deer River, Minnesota 56636
(218) 760-1258
frankbibeau@gmail.com