UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Selena Scott and Marlene Sprouls,

        Plaintiffs,

                                AMENDED
   vs.                      PRETRIAL SCHEDULING ORDER

City of Mahnomen and Jerry Carter,
in his individual capacity, acting
under color of law, as City of
Mahnomen City Administrator,

           Defendant.        Court File No. 12-cv-1014 (MJD/LIB)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Upon consideration of the parties' Stipulation to Extend the Pretrial Order [Docket No. 14], for good cause shown, and in accordance with provisions of Rule 16, Federal Rules of Civil Procedure, and the Local Rules of this Court, to administer the course of this litigation in a manner which promotes the interests of justice, economy and judicial efficiency, the following Amended Pretrial Schedule will govern these proceedings.  **The Amended Schedule may not be further modified except upon formal Motion heard in open Court and upon a showing of extraordinary circumstances**.

**Counsel shall also comply with the Electronic Case Filing Procedures For The District of Minnesota, pursuant to Order Adopting Electronic Case Filing, dated May 13, 2004**.

THEREFORE, It is --

ORDERED:

I.

That all pre-discovery disclosures required by Rule 26(a)(1) shall be completed on or before **July 23, 2012**.  The period during which the parties may conduct discovery shall terminate on **August 28, 2013**.[1]  Disputes with regard to pre-discovery disclosures or discovery shall be called immediately to the Court's attention by the making of an appropriate Motion, and shall not be relied upon by any party as a justification for not adhering to this Pretrial Scheduling Order.  No further or additional discovery shall be permitted after the above date except by leave of the Court for good cause shown, and independent Stipulations or agreements between counsel which contravene the provisions of this Order will not be recognized.  However, upon agreement of counsel, or with leave of the Court, depositions in lieu of in-Court testimony may be taken after the close of discovery.

II.

That all Motions, except any Motion to claim punitive damages pursuant to Minn. Stat. §§549.191 and 549.20, that seek to amend the pleadings or add parties must be filed and the Hearing thereon completed on or before **September 19, 2012.**  Motions to amend the pleadings to seek punitive damages must be filed and the Hearing thereon completed on or before **September 28, 2013**.

III.

That all other nondispositive Motions shall be filed and the Hearing thereon completed prior to **September 28, 2013**, by calling Victoria L. Miller at 218-529-3520, Calendar Clerk for

---

[1] See, Local Rule 16.2(d)(3) of the United States District Court For the District of Minnesota Local Rules.

Magistrate Judge Leo I. Brisbois.  All nondispositive Motions shall be scheduled, filed and served in compliance with Local Rule 7.1(a) and (b) and the Electronic Case Filing Procedures For The District of Minnesota.  No discovery Motion shall be heard unless the moving party complies with the requirements of Local Rule 37.1.

IV.

That no more than **35** Interrogatories (counted in accordance with Rule 33(a), Federal Rules of Civil Procedure), shall be served by any party.

V.

That no more than **seven (7)** depositions (excluding expert depositions) shall be taken by any party without prior Order of the Court.

VI.

That within the foregoing period allotted for discovery, but no later than the dates set forth below, the parties shall retain and disclose to opposing counsel all persons they intend to call as expert witnesses at trial.  Each party's disclosure shall identify each expert and state the subject matter on which the expert is expected to testify.  The disclosure shall be accompanied by a written report prepared and signed by the expert witness.  As required by Rule 26(a)(2)(B), Federal Rules of Civil Procedure, the report shall contain:

    a.    The qualifications of the witness, including a list of all publications authored by the witness within the preceding 10 years;

    b.    The compensation to be paid for the study and testimony;

    c.    A listing of any other cases in which the witness has testified as an expert at trial or by deposition within the preceding four years;

     d.     A complete statement of all opinions to be expressed and the basis and reasons therefor;

     e.     The data or other information considered by the witness in forming the opinions; and

     f.     Any exhibits to be used as a summary of or support for the opinions.

The Plaintiff's disclosures shall be made on or before **February 28, 2013**.  The Defendant's disclosures shall be made on or before **March 30, 2013**.

## VII.

That the parties **do** contemplate taking expert depositions.  No more than **three (3)** experts may be deposed by any party without prior Order of the Court.

## VIII.

That each party shall fully supplement all discovery responses according to the Federal Rules of Civil Procedure.  Any evidence responsive to a discovery request which has not been disclosed on or before the discovery cutoff or other dates established herein, except for good cause shown, shall be excluded from evidence at trial.

## IX.

That all dispositive Motions shall be filed by the moving party by **October 28, 2013**.  All dispositive motions shall be scheduled, filed and served in compliance with the Electronic Case Filing Procedures for the District of Minnesota and in compliance with Local Rule 7.1.  Counsel shall schedule the hearing by calling Kristine Wegner, Calendar Clerk for Chief Judge Michael J. Davis at 612-664-5073.

When a motion, response or reply brief is filed on ECF, two paper courtesy copies of the pleading and all supporting documents shall be mailed or delivered to Calendar Clerk Kristine Wegner (612-644-5073) contemporaneously with the documents being posted on ECF.  If the moving papers are more than one inch combined, the papers should be provided in a tabbed, 3 ring notebook.

X.

That this case shall be ready for Trial on **January 28, 2014**[2], or 30 days after the Court renders its Order on any dispositive Motion (whichever is later), at which time the case will be placed on the Court's **Jury** trial calendar.

BY THE COURT:

DATED: April 26, 2013                              s/Leo I. Brisbois_____
                                                   Leo I. Brisbois
                                                   U.S. MAGISTRATE JUDGE

---

[2]**THIS DATE IS NOT A TRIAL SETTING DATE**.  The parties will be notified by the Calendar Clerk of the assigned Judge to a case by way of a Notice of Trial as to when this case will be placed on the Trial Calendar.  The above date is merely a notice to all parties to consider the case ready for trial as of this date.  **DO NOT PREPARE FOR TRIAL UNTIL NOTIFIED**.